UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TERRY PEARSON,

                                                  *Plaintiff,*

        -against-

CORRECTIONAL OFFICERS DAN PORLIER, MIKE BROCKLEY, SGT SCARLETTO, NURSE CLAPPER,

                                                  *Defendants.*

**STIPULATION AND ORDER OF PARTIAL DISCONTINUANCE PURSUANT TO RULE 41(a)**

15-CV-1427

DNH/DJS

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, Fred B. Lichtmacher, Esq. appearing on behalf of plaintiff Terry Pearson (DIN 07-A-0716), and Eric T. Schneiderman, Attorney General of the State of New York, Oriana Carravetta, Assistant Attorney General, of counsel, appearing for defendants Dan Porlier, Mike Brockley and Sgt. Scarletto, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff hereby discontinues any claim of deliberate indifference to medical care under the Eighth Amendment against defendants Dan Porlier, Mike Brockley and Sgt. Scarletto with prejudice and without damages, costs, interest or attorney's fees.

Dated: New York, New York
        8/17, 2016

                                                  Fred B. Lichtmacher, Esq.
                                                  Office of Fred Lichtmacher
                                                  2 Wall Street, 10th Floor
                                                  New York, NY 10005

Dated: Albany, New York
June 6, 2016

                                    ERIC T. SCHNEIDERMAN
                                    Attorney General of the State of New York
                                    Attorney for Defendants Porlier, Brockley and Scarletto
                                    The Capitol
                                    Albany, New York 12224-0341

                                    By: *s/ Oriana Carravetta*
                                    Oriana Carravetta
                                    Assistant Attorney General, of Counsel
                                    Bar Roll No. 519351
                                    Telephone: 518-776-2610
                                    Email: oriana.carravetta@ag.ny.gov

Dated:    Albany, New York
                _____, 2016

SO ORDERED:

_____
HON. DANIEL J. STEWART
UNITED STATES DISTRICT COURT JUDGE