UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**Terry Pearson  07-A-0716,**
                    **Plaintiff,**
        v.                                      9:15-CV-1427 DNH-DJS

**Dan Porlier Correctional Officer, et al.,**
                    **Defendants.**

### ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
### FOR  Terry Pearson   07-A-0716

      Pursuant to the Order of this Court dated April 9, 2019, **Terry Pearson  07-A-0716** plaintiff in the above entitled action, has been directed to be made available on **Monday, April 22, 2019 at 8:30AM in The United States Courthouse at Utica, New York,** for the purpose of attending the trial or hearing in this matter before the Hon. David N. Hurd, United States District Judge. It is the understanding of the Court that the above named plaintiff is presently incarcerated at the Five Points Correctional Facility, and that it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing his presence at said proceeding.

      **Therefore, it is ORDERED** that a writ of Habeas Corpus Ad Testificandum be issued directing the Superintendent of the facility where this plaintiff is currently housed, or his deputies, to deliver plaintiff to the Courthouse on the date and time specified above as directed or on any recessed date as may be designated by the Court and immediately after the conclusion of the proceeding or when ordered by the Court, that you return him to the Five Points Correctional Facility under your custody, under safe and secure, conduct, and have you then and there this writ;

      **GREETINGS:**
TO:    **THE SUPERINTENDENT OF THE FIVE POINTS CORRECTIONAL FACILITY**

      **WE COMMAND** that you have the body of the above named plaintiff who is detained in the Five Points Correctional Facility under your custody, and under safe and secure conduct be produced at the **United States Courthouse at Utica, New York,** before the Hon. David N. Hurd, United States District Judge **Monday April 22, 2019 on at 8:30AM** as directed or on any recessed date as may be designated by the Court and immediately after the conclusion of the proceeding or when ordered by the Court, that you return him to the Five Points Correctional Facility under your custody, under safe and secure conduct, and have you then and there this writ.

      **WITNESS,** the, Hon. David N. Hurd, United States District Judge for the Northern District of New York on April 9, 2019 in Utica, NY.

_David N. Hurd_
District Judge