**Fred Lichtmacher**
*The Law Office of Fred Lichtmacher P.C.*
*116 West 23rd Street Suite 500*
*New York, New York 10011*
*(212) 922-9066*
*Fax # (212) 922-9077*

April 10, 2019

Honorable David N. Hurd
Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, NY 12207
**Via ECF**

                                             Re: <u>Pearson v. Brockley</u> Index No.: 15-cv-01427

Your Honor:

      I represent the plaintiff in the above-entitled civil rights cause of action.

      After the first phase of the trial concluded the Court issued an Order which directed production of information by April 9, 2019 for use at the punitive damages phase scheduled for April 22, 2019.  I immediately served my requests on the defendant.  As of the deadline yesterday, I received no responses.

      I respectfully request the Court conduct a telephone conference or take whatever other steps the Court deems necessary to remedy this situation.

      I am currently working from home post surgery and I can be reached on my cell phone at 646 318 3806

                                                             Respectfully submitted,

                                                                          /s/

                                                                    Fred Lichtmacher

cc:    Brian W. Matula
        Assistant Attorney General